IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **COREY VESTAL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Case No. _____ |
| ) | |
| **RED RIVER WASTE SOLUTIONS, L.P,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT

Plaintiff, Corey Vestal, brings this cause of action against Defendant, Red River Waste Solutions, L.P., for sexual harassment, and, for retaliation, based upon Plaintiff's complaints of sexual harassment, all in violation of The Tennessee Human Rights Act., T.C.A. § 4-21-101, *et seq*. (hereinafter "THRA").

## PARTIES

1. Corey Vestal (hereinafter "Plaintiff") is a citizen and resident of Hendersonville, Tennessee.

2. Red River Waste Solutions, L.P., (hereinafter "Defendant") is a Foreign LP doing business in Nashville, Tennessee with a registered agent listed as CT Corporation System, 300 Montvue Rd. Knoxville, TN 37919-5546. The partners of Red River Waste Solutions, L.P., are residents of the State of TX.

## JURISDICTION, VENUE, & PROCEDURAL PREREQUISITES

3. This Court has jurisdiction pursuant to 28 U.S.C § 1332 as the parties are citizens of separate states and the amount in controversy exceeds $75,000.

1

4. Venue is proper in this Court, as the acts alleged herein occurred in the Middle District of Tennessee.

## FACTS

5. Plaintiff is a female.

6. While employed by Defendant, Plaintiff was subjected to comments and actions that were sexually offensive. These comments were objectively and subjectively offensive and constituted a hostile work environment.

7. An example of the behavior involved a co-worker disrobing before Plaintiff at work. This occurred on at least four occasions even after Plaintiff told him she was not interested and not to do it.

8. When Plaintiff warned the offending employee that his conduct was inappropriate and that she would report the behavior if he didn't stop, she was told that he could not lose his f----ing job because the HNIC (Head Ni---r in Charge) was his friend and that the harasser had sold him drugs.

9. The same employee also made inappropriate sexual comments to Plaintiff.

10. Plaintiff reported the sexually harassing behavior despite the claims of the harassing employee.

11. Despite Plaintiff's complaint, Defendant failed to correct the sexually harassing behavior that she reported and failed to protect her in the workplace from sexual harassment.

12. Rather than protecting Plaintiff, Defendant retaliated against Plaintiff by terminating her employment shortly after she reported the offensive behavior to management.

13. When terminating Plaintiff, Defendant wrote that she was terminated for the following reason:

"On Tuesday, November 10, 2020 a sexual harassment case was reported between Corey Vestal and Thomas Coons was reported to management. Corey Vestal was suspended with pay, pending investigation, on November 13 (Friday), November 16, (Monday), and November 17 (Tuesday), 2020. In conclusion we believe this is not a conducive working environment for Corey Vestal any longer. Termination is effective Tuesday, November17, 2020."

14. Plaintiff's termination was based solely upon unlawful retaliation and any allegation of Defendant to the contrary would be pretextual.

## CAUSE OF ACTION

15. The conduct described herein violates The Tennessee Human Rights Act., T.C.A. § 4-21-101, *et seq*. (hereinafter "THRA").

## DAMAGES

16. As a result of the harassment, Plaintiff has suffered, and will continue to suffer, emotional distress, pain and suffering, inconvenience, mental anguish and loss of enjoyment of life, embarrassment and humiliation, for which she is entitled to compensatory damages under the THRA.

17. Plaintiff seeks damages for lost wages past and future pursuant to the THRA, resulting from her retaliatory and unlawful discharge from her employment with Defendant.

18. Plaintiff further sues for attorney's fees, court costs, and discretionary costs if she is the prevailing party in this litigation, as authorized by the THRA.

**WHEREFORE,** Plaintiff prays for relief as follows:

1. That process issue, requiring Defendant to answer this Complaint in the time provided by law;

2. After the discovery process, that this case be heard on its merits;

3. That Plaintiff be awarded $300,000 in compensatory damages;

4. That Plaintiff be awarded back and front pay in accordance with her individual losses which are ongoing.

5. That Plaintiff be awarded attorney's fees, court costs, discretionary costs, and all further relief to which she is entitled; and

6. That Plaintiff be awarded all further and general relief that the Court deems is appropriate in this case.

Respectfully Submitted,

s/ Stephen Crofford
Mary A. Parker #6016
Stephen Crofford #12039
**PARKER & CROFFORD**
5115 Maryland Way
Brentwood, TN 37027
Tel: 615-244-2445
Fax: 615-255-6037
mparker@parker-crofford.com
stephencrofford@msn.com
*Attorneys for Plaintiff*