# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| COREY VESTAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 3:21-cv-00191 |
| | ) Judge Trauger |
| RED RIVER WASTE SOLUTIONS, L.P., | ) ) |
| Defendant. | ) |

### O R D E R

It is hereby ORDERED that the initial case management conference scheduled for Friday, May 28, 2021 at 1:00 p.m. will be held by teleconference. Lead counsel for each party shall participate in the conference. Judge Trauger's Courtroom Deputy will email to counsel the number they should call in order to participate in the conference.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge