IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY VESTAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:21-CV-191 |
| | ) | Judge Trauger |
| RED RIVER WASTE SOLUTIONS, L.P., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed by December 6, 2021.

The jury trial set for August 16, 2022 and the pretrial conference set for August 12, 2022 are **CANCELLED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge