# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| COREY VESTAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:21-cv-00191 |
| | ) | Judge Trauger |
| RED RIVER WASTE SOLUTIONS, L.P., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

The court has been notified  that this case has settled.   It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The initial case management conference scheduled for September 25, 2023 is CANCELLED.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge