IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **COREY VESTAL,** | ) |
| **Plaintiff,** | ) No. 3:21-cv-00191 |
| v. | ) |
| | ) Judge Trauger |
| **RED RIVER WASTE SOLUTIONS, L.P,** | ) |
| **and FEDERAL INSURANCE COMPANY,** | ) |
| **Defendant.** | ) |

## AGREED ORDER OF DISMISSAL

It appearing to the Court, as evidenced by the signatures below, that the issues in this matter have been resolved and that this lawsuit should be dismissed with prejudice, it is, therefore, so ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ Steve Elliott*
Steve Elliott
Howell & Fisher, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
615-496-6839
selliott@howell-fisher.com

*/s/ Stephen Crofford*
Stephen Crofford #12039
Mary A. Parker #6016
5115 Maryland Way
Brentwood, TN 37027
615-244-2445
stephencrofford@msn.com
mparker@parker-cofford.com